In the Matter of Estate of Dora Neuhauser, Deceased. Louis J. Mark, Conservator of Estate of Hilda Mazer, Incompetent, Appellee, v. Ferdinand J. Karasek, Appellant.

Gen. No. 45,971. 

 Francis D.

O'Mara, for appellant; E. C. Frank Meier, of counsel; Balford Quintin Shields, for appellee. Opinion by JUSTICE TUOHY. **Not to be published in full.** Opinion filed June 9, 1953; released for publication June 30, 1953.